IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DBM, LLC, d/b/a LIMB LAB, a Minnesota Limited Liability Company<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HANGER PROSTHETICS AND ORTHOTICS, INC., a Delaware Corporation,<br><br>　　　　Defendant. | 8:19CV429<br><br>ORDER |

　　　　This matter is before the Court on the Motion to Intervene Pursuant to Federal Rule of Civil Procedure 24 (Filing No. 17) filed by Jason Dean. Dean requests leave to intervene because the subject matter of this lawsuit involves "terms of an Employment and Con-Compete Agreement between Hanger Prosthetics and Orthotics, Inc. and Dean that could adversely affect Dean's interests." Dean filed a copy of the Complaint in Intervention (Filing No. 17-1) he intends to file if granted leave to intervene. See Fed. R. Civ. P. 24(c) ("The motion [to intervene] must state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which intervention is sought."). No party opposes the motion. (Filing No. 17; Filing No. 22).

　　　　Upon review, the Court finds that Dean has demonstrated that he should be granted leave to intervene in this action as a matter of right pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 24(a)(2)("On timely motion, the court must permit anyone to intervene who . . . claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest."). Accordingly,

　　　　**IT IS ORDERED** that the Motion to Intervene (Filing No. 17) filed by Jason Dean is granted. Dean shall file his Complaint in Intervention (Filing No. 17-1) on or before **December 16, 2019**. The Clerk of Court shall add Jason Dean to the case caption as Intervenor Plaintiff.

　　　　Dated this 5th day of December, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge