# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON DEAN,<br><br>    Intervenor-Plaintiff,<br><br>vs.<br><br>HANGER PROSTHETICS AND ORTHOTICS, INC., a Delaware Corporation,<br><br>    Defendant. | 8:19CV429<br><br>ORDER |

This matter is before the Court after review of the Joint Status Report ([Filing No. 80](#)) filed by the parties on January 6, 2023. The parties represent they have resolved this matter "subject to certain ongoing obligations" and will jointly move for dismissal upon satisfaction of their agreed terms. Counsel anticipate such dismissal will be filed in December 2023 or January 2024. Accordingly,

**IT IS ORDERED:**

1. On or before **January 2, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;
2. Absent compliance with this order, this case may be dismissed without further notice;
3. The obligation to file a joint status report regarding the progress of arbitration proceedings every 90-days as previously ordered by the Court ([Filing No. 46](#)) is terminated; and
4. The Clerk of Court shall close this case for statistical purposes only.

Dated this 9th day of January, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge