IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DBM, LLC, a Minnesota Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>HANGER PROSTHETICS AND ORTHOTICS, INC., a Delaware Corporation,<br><br>Defendant. | 8:19CV429<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL |

This case is before the Court on the parties' Joint Stipulation for Dismissal signed by all parties. Filing 82. The parties stipulate to dismissal with prejudice of all claims, with each party to bear its own costs and attorney's fees. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal, Filing 82, is granted, and all claims are dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated this 4th day of January, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge